UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE PEOPLE OF THE UNITED STATES OF AMERICA
(CLASS ACTION LAWSUIT)
                                    PLAINTIFF'S /

VS.

DONALD J. TRUMP, in his official Capacity
as President of the United States of America,
UNITED STATES OF AMERICA
                                    DEFENDANT'S /

FILED BY VL D.C.
JAN 23 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

COMPLAINT UNDER
42 U.S.C. § 1983

I. Party Information

A. Plaintiff: The People of the United States of America (Class of Plaintiffs)
   Address: C/O Stephen Daniel Leonard (on behalf of Class) PO Box 019120 Miami, FL 33101
   Inmate No: 31570-511
   D.O.B.: 1975 (Year only)

VS.

B. Defendant: Donald J. Trump
   Official Position: President of the United States of America

1

Cont. B: Defendant: United States of America
Official Position: Government Entity (that has become tyrannical)
Place of Employment: United States of America / Washington D.C.

## II. Statement of Claim

The defendant's; Donald J. Trump; and, United States of America; by and through the actions of its employees, and/or their in-actions, via "Neglect To Prevent" After Notification, (as Prescribed in Title 42 § 1985 & 1986 United States Code),

did violate the United States Constitution & the Laws of the United States of America, when Committing violations of "High Crimes and Misdemeanors" as defined in Article II, Sections 3 and 4, of the United States Constitution,

which provides: "The President, Vice President and all Civil Officers of the United States, Shall be Removed from office on Impeachment for, and Conviction of, Treason, Bribery, or other High Crimes and Misdemeanors." (Art. II, S.4 U.S.C.A.); and, in relevant part:

"... he Shall take Care that the Laws be faithfully executed,..." (Art. II, S.3 U.S.C.A.).

Clearly, defendant's Donald J. Trump, and the tyrannical People that make up the government of the United States of America, are guilty of Neglecting their duties to "faithfully execute the Laws" of the United States of America when acting Contrary to the laws and treaties that:

Union," to, "Establish Justice, insure domestic Tranquility, Provide for the common defence, Promote the general Welfare, and Secure the Blessings of Liberty to ourselves and our Posterity," did, "ordain and establish this Constitution for the United States of America." (Quoting from Preamble of the Constitution of the United States of America)

That is: by Committing: Perjury in violation of 18 § 1621 United States Code; Subornation of Perjury in violation of 18 § 1622 U.S.C.; Conspiracy to commit offense or to defraud the United States in violation of 18 § 371 U.S.C.; Conspiracy to impede or injure officer in violation of 18 § 372 U.S.C.; Solicitation to commit a crime of violence in violation of 18 § 373 U.S.C.; Riots in violation of 18 § 2101 U.S.C.; Rebellion or insurrection in violation of 18 § 2383 U.S.C.; Seditious Conspiracy in violation of 18 § 2384 U.S.C.; False declarations before grand jury or Court in violation of 18 § 1623 U.S.C.; Flight to avoid Prosecution or giving testimony in violation of 18 § 1073 U.S.C.; Conspiracy against rights in violation of 18 § 241 U.S.C.; Deprivation of rights under Color of law in violation of 18 § 242 U.S.C.; Federally Protected Activities in violation of 18 § 245 U.S.C.; Influencing or injuring officer or juror generally in violation of 18 § 1503 U.S.C.; Obstruction of Criminal Investigations in violation of 18 § 1510 U.S.C.; Tampering with a Witness, Victim or an Informant in violation of 18 § 1512 U.S.C.; Destruction, Alteration, or Falsification of records in Federal Investigation or Bankruptcy in violation of 18 § 1519 U.S.C.; Obstruction of a Federal Audit in violation of 18 § 1516 U.S.C.; Unauthorized Removal and Retention of Classified documents or Materials in violation of 18 § 1924 U.S.C.; False, Fictitious, or Fraudulent Claims in violation of 18 § 287 U.S.C.; Gathering, Transmitting or Losing Defense information in violation of 18 § 793 U.S.C.; Frauds and Swindles in violation of 18 § 1341 U.S.C.; Attempts and Conspiracy in violation of 18 § 1349 U.S.C.; Racketeer Influenced and Corrupt Organizations

2

Bribery in violation of 18 §§ 203, 225 U.S.C.; Taking or Using Papers relating to Claims in violation of 18 § 285 U.S.C.; Conspiracy to Defraud the Government with respect to Claims in violation of 18 § 286 U.S.C.; Harboring or Concealing Persons in violation of 18 § 792 U.S.C.; Intimidation of Voters in violation of 18 § 594 U.S.C.; Advocating Overthrow of Government in violation of 18 § 2385 U.S.C.; Activities Affecting Armed Forces generally in violation of 18 § 2387 U.S.C.; and, while previously acting as President: Torture in violation of 18 § 2340A U.S.C.; and, War Crimes in violation of 18 § 2441 U.S.C., [or, aiding and abetting defendant Donald J. Trump in the Commission of, or in furtherance of, the Criminal acts of this Continuing Criminal Enterprise, Calling themselves honorable, law-abiding Citizens, and Employees of the United States of America, in violation of Plaintiff's 1st Amendment rights under the U.S. Constitution.]

The defendants are perpetrating a fraud against the plaintiffs, the People of the United States of America, in a Scheme to usurp the power of our Publics Trust, in order to Subvert the Authority placed in the positions of our Public Service Sectors, in Effort to acheive the goals of their own personal and Political agendas, at the tax payers expense, in a manner that is lawless, Corrupt, Criminal, and inconsistent with their Oaths of Public office, and or Service functions / ministerial duties.

II. Relief Requested.

This is where We The People of the United States demand that our rights to Life, Liberty, and our Pursuit of Happiness, and a Good Government be guaranteed, and provided Equally by the United States Courts and our Entire Judiciary, or face Civil War in order for the Plaintiffs to End the tyranny that those in our government are Causing through their Compliance with the Crime and Corruption in our Present day leadership. 4

We demand a trial by jury, and the convening of Grand Juries for Criminal acts. We demand that the U.S. Attorneys Prosecute the defendants.
We demand that the judges properly administer justice and stop allowing the defendants to get off the hook because of their favoritism, owing them allegiance for getting appointed to the federal bench, or other reasons that are made up to pretend like the People in government are immune from the law and from accountability because some Corrupt Criminals in our government "Invented" Immunity so that all Corrupt Criminals in our government can use this invented law as a way to get away with Committing Crimes in violation to our domestic and international laws and treaties! We ask for declaratory damage awards, Punitive damages for 70,000.00

IV. Jury Demand
Are you demanding a jury trial? X Yes. Absolutely!

Signed this 17th day of January 2025.
The People of the United States of America
C/o Stephen D. Leonard S/
#31570-511 / Miami, F.D.C.
P.O. Box 019120
Miami, FL 33101-9120

5

MIAMI FL 330
21 JAN 2025 PM 5 L

INSPECTED

The People of the United States of America
c/o Stephen D. Leonard # 31570-511
Miami, F.D.C.
P.O. Box 019120
Miami, FL 33101-9120

*Legal Mail*
Complaint # I.F.P. Mot.   Back
Blown

Judge Donald M. Middlebrooks, etc.
United States District Court
West Palm Beach, Florida Courthouse
For Clematis Street # 75
West Palm Beach, Florida 33401