UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-CV-20375-BB

'25 CV 20375

The People, Et. al.

v.

Trump, Et. al.

FILED BY _____ C.
Rec'D
FEB - 7 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MOTION FOR PRELIMINARY INJUNCTION
OR TEMPORARY RESTRAINING ORDER

Comes now, The People of the United States of America, in the above cause, pursuant to Rule 65(a)(1), (b)(1) of the Fed. R. Civ. P. and says:

The People of the United States move this Honorable Court to Enter an Injunction/TRO against the defendant's: Donald J. Trump°, and anybody acting on his behalf, from firing, or causing to resign, any local, State, or Federal, law-enforcement or Judicial Employee, from their place of employment solely because said Employee faithfully, and lawfully, performed their ministerial duty to investigate°, or Cause to investigate, Donald J. Trump, and others, for their actions in Violation of our State and Federal laws.

The People of the United States move this Court to take judicial notice of the Whistleblower Protection Act (WPA); Title 5 § 1304 United States Code; and, 5 C.F.R. § 315.401, which, collectively, Provides Protection from Retaliation, Loyalty Investigations Requirements, and Reinstatement.

Clearly what the Defendant, and his Co-conspirators, are doing is targeting the "good-law abiding" Employees, in our government, and causing their termination for doing their jobs as the laws proscribe they shall, or, using threats, coercion, and bribery, in effort to get these Employees to resign from our government in a manner that is retaliatory in nature.

The People of the United States respectfully request this Court Order the Defendant's to refrain from firing, or causing any local, State, or Federal Employee from submitting a resignation, absent a showing of good faith or justifiable Cause.

It has become Public Knowledge that the Defendant, et.al., is specifically targeting individuals in our D.O.J. and F.B.I. for removal, solely because they were carrying out their duties to investigate and prosecute the Defendant, et.al., for violations of our laws and our Constitution.

This witchhunt is undermining the integrity of the Customs and Practices that are and have been in place for hundreds of years in the United States of America. Employees of our government Entities should not be fired or forced to resign UNLESS THERE IS CLEAR AND CONVINCING EVIDENCE TO SHOW THAT THEIR CONDUCT/ACTIONS ARE CONTRARY TO: LAW; POLICY; PROCEDURE; PRACTICE; REGULATION; RULES; or, ETHICS.

WHEREFORE, The People asks that this Court Enter an Order of Injunction or TRO protecting the good People Employed in our government from firings/resignations, and reinstate everybody's Employment Status to active, absent a showing of wrong doing or justifiable Cause for their termination.

Respectfully Submitted,

The People of the United States of America
c/o Stephen D. Leonard
#31570-511 / F.D.C. Miami
P.O. Box 019120
Miami, FL. 33101-9120

## CERTIFICATE OF SERVICE

I hereby certify that copies have been furnished to the following on this 31st day of January 2025 - via U.S. legal Mail Procedures at Miami F.D.C.:

# Pamela J. Bondi-Trump, U.S. Attorney  99 N.E. 4th St. Miami, FL. 33132

# Solicitor General of the United States of America  950 Pennsylvania Ave. N.W. Washington D.C. 20530

S.D. LEONARD
#31570-511
F.D.C. Miami
P.O. Box 019120
Miami, FL 33101-9120

**Legal Mail**
- Motion for Preliminary Injunction / TRO

```
REC'D BY _____ D.C.
FEB -7 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

33128-771699

MIAMI FL 330
4 FEB 2025 PM 2 L

Angela Noble, Clerk of Court
United States District Court
400 N. Miami Ave. #N8009
Miami, FL. 33128

